# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-15-82-GF-BMM-JTJ** |
| Plaintiff, | |
| vs. | **ORDER** |
| AMANDA MIKHA SHERI ST. MARKS, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 26, 2019. (Doc. 152). St. Marks stated that she wished to waive her right to object to Judge Johnston's Findings and Recommendations. *Id.* at 4. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 26, 2019. The United States alleged that St. Marks had violated the conditions of her supervised release by: 1) failing to make monthly restitution payments; 2) failing to report for substance abuse treatment; 3) failing to report for substance abuse testing; and 4) failing to report to her probation officer as directed. (Doc. 152 at 2). St. Marks admitted to the alleged violations. *Id.* at 2-3. The violations prove serious and warrant revocation of St. Marks's supervised release.

Judge Johnston has recommended that the Court revoke St. Marks's supervised release and commit St. Marks to the custody of the Bureau of Prisons for three (3) months with twenty-five (25) months of supervised release to follow. *Id.* at 5.

The Court finds no clear error in Judge Johnston's Findings and Recommendations. St. Marks's violations represent a serious breach of the Court's trust. A custody term of three (3) months with twenty-five (25) months of supervised release to follow proves sufficient but not greater than necessary.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 152) are **ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** that Defendant Amanda Mikha Sheri St. Marks receive a custody sentence for three (3) months with twenty-five (25) months of supervised release to follow.

DATED this 27th day of June, 2019.

Brian Morris
United States District Court Judge