# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AMANDA MIKHA CHERI ST. MARKS,<br><br>　　　　　Defendant. | CR-15-82-GF-BMM<br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 3, 2020. (Doc. 165.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 2, 2020. (Doc. 161.) The United States accused St. Marks of violating her conditions of her supervised release by failing to notify her probation officer of a change in residence. (Doc. 156 at 2). At the revocation hearing, St. Marks admitted that she had violated the

condition of her supervised release by failing to notify her probation officer of a change in residence. (Doc. 161.) Judge Johnston found that St. Marks' violation warranted revocation, and recommended that St. Marks receive a custodial sentence until September 30, 2020, with no supervised release to follow. (Doc. 165.) St. Marks waived the 14 day objection period and her right to allocute before the undersigned.

The violation proves serious and warrant revocation of St. Marks' supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 165) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Amanda Mikha Cheri St. Marks be incarcerated until September 30, 2020, with no supervised release to follow.

DATED this 4th day of June, 2020.

_____
Brian Morris, Chief District Judge
United States District Court